

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GABRIEL MARTIN DEL CAMPO, | § | No. 08-17-00012-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| ELISA MARTIN DEL CAMPO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-CM001) |
| | § | |

**O RDER**

Pending before the Court is Appellant's motion for an extension of time to file designation of mediator. The motion is GRANTED. The parties are directed to provide the Court with the name of the mediator no later than March 10, 2017. Our order of mediation referral issued on February 2, 2017 otherwise remains in effect.

IT IS SO ORDERED this 3rd day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.